IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez

Civil Action No. 15-cv-01410-WJM

GREGORY OWENS,

    Applicant,

v.

DAVID ZUPAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Denver District Court case number 06CR7406, including all documents in the state court file and transcripts of all proceedings conducted in the state court and any physical evidence that is relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
             Denver County District Court
             1437 Bannock Street, Room 256
             Denver, Colorado 80202; and

(2)   Court Services Manager
      State Court Administrator's Office
      1300 Broadway, Suite 1200
      Denver, Colorado  80203.

Dated this 14th day of October, 2015.

BY THE COURT:

William J. Martínez
United States District Judge