**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable William J. Martínez**

Civil Action No. 15-cv-01410-WJM

GREGORY OWENS,

    Applicant,

v.

DAVID ZUPAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER**

---

This matter is before the Court on the pro se letter to the Court (ECF No. 20) filed in this action on October 26, 2015, by Applicant, Gregory Owens. Mr. Owens states in the letter that he is "writing because I am not sure how to proceed or what I need to do at this point in my case." The Court construes the letter liberally as a motion for clarification of the Court's Order to Dismiss in Part (ECF No. 19) entered in this action on October 14, 2015. The motion will be granted.

The Court has dismissed claims two through fifteen in the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 6) as unexhausted and procedurally barred. The Court also has ordered Respondents to file an Answer that addresses the merits of the remaining claim, which is claim one in the Amended Application. Respondents have not yet filed an Answer, but Mr. Owens will receive a copy of the Answer when it is filed. Within thirty days after Respondents file their

Answer, Mr. Owens may file a reply, if any, that addresses Respondents' arguments in their Answer.  Accordingly, it is

**ORDERED** that the letter to the Court (ECF No. 20), which the Court has construed liberally as a motion for clarification, is granted.

Dated this 27th day of October, 2015.

BY THE COURT:

William J. Martínez
United States District Judge